UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASIEL CASAS SERRANO,<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01741-SRM-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered GRANTING the petition (ECF 1) and ordering that Petitioner be immediately released from the custody of Immigration and Customs Enforcement. Respondents are ordered to place Petitioner on the same conditions of release before his re-detention and must not impose any additional conditions unless deemed appropriate at a hearing before a neutral decisionmaker.

Dated: May 7, 2026                    _____

                                      HON. SERENA R. MURILLO

                                      UNITED STATES DISTRICT JUDGE