JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASIEL CASAS SERRANO,

                Petitioner,

       v.

MARKWAYNE MULLIN, et al.,

                Respondents.

Case No. 5:26-cv-01741-SRM-SSC

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition (ECF 1) is GRANTED and Petitioner is ordered to be immediately released from the custody of Immigration and Customs Enforcement upon appropriate conditions of release.

Dated: May 7, 2026

                _____

                HON. SERENA R. MURILLO
                UNITED STATES DISTRICT JUDGE